**Order entered July 28, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00229-CV

### KELVIN SMITH, ET AL., Appellants

### V.

### PONNACHAN OONNOONNI, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-05269-E**

## ORDER

By order dated June 29, 2017, the Court ordered appellants to file, by July 17, 2017, written verification that they have requested preparation of the reporter's record. We cautioned appellants that failure to comply will result in an order submitting the appeal without the reporter's record. By letter dated July 20, 2017, the court reporter informed the Court that appellants have not requested preparation of the reporter's record. Accordingly, we **ORDER** the appeal submitted without the reporter's record.

Appellants' brief is due **August 28, 2017**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Vikki Ogden, Official Court Reporter for County Court at Law No. 5, and all parties.

/s/    CRAIG STODDART
        JUSTICE